1
Scott E. Brady, Esq.  (IN #30534-49)
   (admitted *Pro Hac Vice)*
2
Schuckit & Associates, P.C.
4545 Northwestern Drive
3
Zionsville, IN  46077
Telephone:  317-363-2400
4
Fax:  317-363-2257
E-Mail:  sbrady@schuckitlaw.com
5

*Lead Counsel for Defendant Trans Union, LLC*
6

7
Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
8
1321 8th Street, Suite 4
Berkeley, CA  94710
9
Telephone:  510-525-5100
Fax:  510-525-5130
10
E-Mail:  mkl@tateandassociates-law.com

11
*Local Counsel for Defendant Trans Union, LLC*

12

13
**UNITED STATES DISTRICT COURT**

14
**NORTHERN DISTRICT OF CALIFORNIA**

15
**OAKLAND DIVISION**

16
)   CASE NO. 4:14-cv-02191-PJH
)
17
EEESEUNG BYUN,                               )
            Plaintiff,                       )   **STIPULATION OF DISMISSAL**
18
                                             )   **WITH PREJUDICE BETWEEN**
      vs.                                    )   **PLAINTIFF AND DEFENDANT**
19
                                             )   **TRANS UNION, LLC**
TRANS UNION LLC,                             )
20
            Defendant.                       )
                                             )
21
                                             )

22

23
        Plaintiff Eeeseung Byun, by counsel, and Defendant Trans Union, LLC ("Trans

24
Union"), by counsel, hereby stipulate and agree that all matters herein between them have been

compromised and settled, and that Plaintiff's cause against Trans Union should be dismissed,
25

with prejudice, with each party to bear its own costs and attorneys' fees.
26
\\\
27
\\\
28
\\\

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC– 4:14-CV-02191-PJH**

1

2

Respectfully submitted,

3  Date:   October 20, 2014

4

5

6

7

8

9

10

*s/ Mark F. Anderson*

Mark F. Anderson, Esq.
Anderson, Ogilvie & Brewer, LLP
235 Montgomery Street, Suite 914
San Francisco, CA  94104
Telephone:   415-651-1951
Fax:   415-956-3233
E-Mail:  mark@aoblawyers.com

*Counsel for Plaintiff, Eeeseung Byun*

11  Date:   October 21, 2014

12

13

14

15

16

17

*s/ Scott E. Brady*

Scott E. Brady, Esq.  (IN #30534-49)
   (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sbrady@schuckitlaw.com

*Lead Counsel for Defendant, Trans Union, LLC*

18

19

20

21

22

23

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Local Counsel for Defendant, Trans Union, LLC*

24

25

26

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

27

28

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC– 4:14-CV-02191-PJH**